ERIK BABCOCK, SBN 172514
Attorney at Law
717 Washington St., 2d Floor
Oakland, CA 94607
510-452-8400
510-452-8405

Attorney For Defendant
ANAYA DAGNY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00510 PJH (DMR) |
| Plaintiff, | **STIPULATION AND ORDER ALLOWING TRAVEL** |
| v. | |
| ANAYA DAGNY, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties, with the agreement of Pretrial Services, that the conditions of release for Anaya Dagny may be modified to allow her to travel to Utah on March 31, 2012 to visit family. She will return to this district on April 2, 2012. Ms. Dagny must provide Pretrial with her travel itinerary, and information about

///

**STIPULATION AND
ORDER ALLOWING TRAVEL** 1

where she may be contacted while in Utah, in advance of travel.

**SO STIPULATED.**

DATED: March 28, 20012

By: /S/Keslie Stewart
KESLIE STEWART
Assistant United States Attorney

DATED: March 28, 2012

By: /S/Erik Babcock
ERIK BABCOCK
Attorney for Defendant

**SO ORDERED**

DATED: 3/30/12

DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND ORDER ALLOWING TRAVEL** 2