JULIANA DROUS
Attorney at Law SBN 92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Fax: (415) 255-8631

Attorney for Defendant
ANNALIESSE FRANZISKA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00510 PJH |
| Plaintiff, vs. | **STIPULATION AND ORDER RE: MODIFICATION OF TRAVEL CONDITIONS** |
| ANNALIESSE FRANZISKA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties in the above-entitled action that defendant ANNALIESSE FRANZISKA's travel conditions imposed as a condition of pre-trial release, be modified to allow Ms. Franziska to travel to Joplin, Missouri to attend her son's graduation from Missouri State University. She will travel to Joplin, Missouri on May 10, 2013, and return to Oakland, California on May 13. 2013.

Pre-trial Services Officer Carol Mendoza has no objection to this travel.

Dated: May 1, 2013           /S/Juliana Drous
                             JULIANA DROUS
                             Attorney for Defendant
                             ANNALIESSE FRANZISKA

Dated: May 1, 2013           /S/ Keslie Stewart
                             KESLIE STEWART
                             Assistant U.S. Attorney

STIPULATION AND ORDER RE:
TRAVEL CONDITIONS                1

IT IS SO ORDERED.

Dated: May 7, 2013

_____
Magistrate Judge Laurel Beeler

STIPULATION AND ORDER RE:
TRAVEL CONDITIONS           2